JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD R. DOKINS, | ) | NO. CV 17-1269-PA (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| WARREN L. MONTGOMERY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: January 31, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE