UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD R. DOKINS, | ) | NO. CV 17-1269-PA (AS) |
| Petitioner, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS,** |
| WARREN L. MONTGOMERY, Warden, | ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| Respondent. | ) | **UNITED STATES MAGISTRATE JUDGE** |

On February 25, 2019, this Court granted Petitioner's application to reopen Petitioner's case, vacate judgment, and allow Petitioner to file objections to the Report and Recommendation of the United States Magistrate Judge. Petitioner filed his objections on April 11, 2019.

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. After having made a *de novo* determination of the portions of the Report and Recommendation to which objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge. Petitioner's

objections are simply reassertions of arguments made in the petition. These arguments were addressed and rejected by the Report and Recommendation and do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations. Moreover, Petitioner's request for an evidentiary hearing is denied since the existing record is sufficient to resolve Petitioner's claims. See Schriro v. Landrigan, 550 U.S. 465, 474 (2007)

**IT IS ORDERED** that Judgment be entered denying the Petition and dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: April 19, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE