# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. DOKINS,<br><br>        Petitioner,<br><br>    v.<br><br>WARREN L. MONTGOMERY, Warden,<br><br>        Respondent. | NO. CV 17-1269-PA (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 19, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE